555 new

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  SHAFFER, RONALD     A.
         (Last)         (First)        (Initial)

Prisoner Number  F-00693

Institutional Address CTF NOSB ç350 P.O.BOX 705
soledad CA, 93960-0705

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

===========================================================

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

RONALD A. SHAFFER
(Enter the full name of plaintiff in this action.)

vs.

BEN CURRY

M.R. RAMOS

J. RIVERO

R. RIES

(Enter the full name of the defendant(s) in this action)

Case No.  CV 08 1130 CW (PR)
(To be provided by the clerk of court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.    Place of present confinement  CORRECTIONAL TRAINING FACILITY, SOLEDAD, CA

    B.    Is there a grievance procedure in this institution?

        YES (X)     NO ( )

    C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES (X)     NO ( )

    D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT        - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____

2. First formal level_____

_____

_____

3. Second formal level CTF S-07-04568, possesion of tobbacco,

reissue rehear, even after violating my DUE PROCESS.

_____

4. Third formal level CTF-s-07-04541, REFUSAL TO WORK, CDC 115,

reissue rehear, even after violating labor code.

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. Beaause of the validity of my claim, CDCR is blocking my appeals by reissueing the rvr's so I can't continue at higher levels.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

RONALD A. SHAFFER F-00693, C.T.F N0SB 350L

P.O.BOX 705 SOLEDAD CA 93960-0705

_____

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

BEN CURRY, WARDEN, C.T.F P.O.BOX 686, SOLEDAD, CA 93960

M.R.RAMOS, C/O C.T.F. P.O.BOX686 SOLEDAD, CA 93960

COMPLAINT                                    - 2 -

1. J.Rivero, Lieutenant, CTF-Soledad, Po box 686 Soledad, Ca 93960
2. R.Ries, Correctional officer, CTF-Soledad, P.O. box 686, Soledad, Ca 93960

III.  Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a seperate numbered paragraph.

(1)

On 7/19/07 at about 2:05 pm, I reinjured my left shoulder, my boss c/o M.R. Ramos, told me to empty 4 trash cans full of dirt, leaves, & debris, from a trailor to a trash container. I complained of shoulder pain, He gave me a direct order, I complied, while lifting a trash can I felt a tearing in my arm. I complained of pain. C/o M.R. Ramos, ignored my pain & had our crew work until about 3:00 p.m., without taking me to see medical. M.R. Ramos proceeded to tell me, if I was lying I would be written up. At 3:35 pm, Upon returning to my unit, I asked my housing officer c/o Heystee, for a pass to medical complaining of severe pain in my shoulder. RN Trent confirmed my injury & ordered an M.R.I. to be done. Since this time after appealing by 602, I've suffered reprisals..

see attached....

IV. Relief

Your complaint cannot go forward unless you request specific relief. State breifly exactly what you want the court to do for you. Make no legal arguements: cite no case or statutes.

I want the court to order all harrassment & repriasals to cease, Return all "good time" lost by reprisal & false 115's, To receive proper medical care to cure my injury, And receive monetary companesation for sation for violations of my Rights & Harrassment, as well as for pain & suffering.

-3-

COMPLAINT

On 8/2/07 I was sent to work, still complaing of my injury, where I refused to work, while hurt & under doctors care, I was written up & lost 30 days good time.

On 8/6/07 my M.R.I. was done showing distinct seperations in my shoulder & given a medical restrictions of no use of my left arm, & an X-ray ordered.

On 8/22/07 I was found guilty of Refusal to work, & denied the right to show evidence in my favor, & was assessed 30 days loss of good time & 40 hours extra duty.

On 8/27/07 while discussing my medical limitations with LT. J. Rivero, How time constrants were not met & due process violated, He then had me stripped naked & searched then put in a holding cage. He then ordered c/o R. Ries, to search my bed area & take all my personal property & state property, Taking my legal material & hygene items for 72 hours. C/O R.Ries even claimed to find tobbaco in my personal property, where there was none. C/O R.Ries told me two days later on 8/29/07, He was ordered to take this action to justify "jacking" my points to get me transferred from my program. This was a reprisal for my appeal.

Since my injury, the state compensation insurance fund has accepted liability for my injury, & I have been harrassed from the day of my injury. My injury has left me, since 8/2/07 with a minor defomity (two inches of bone protruding through my skin), & in constant pain daily. In October, an outside physician put off any treatment for 3 months. Since 8/2/07 I have had to deal with pain on my own. To date I get one tylenol 3 w/codeine for pain every eight hours, & 3 motrins a day, This does little to stop, the "grinding & popping" I feel in my shoulder & neck.

③
1. On November 1st., I sent a letter to the inspector general,
pleading for intervention &help, I was told to use the appeal
process, which I have been doing, And during this time, I have been
harrassed daily & punished.

④
On October 21st. & November 1st., I sent a copy of this matter
and evidence to Warden Ben Curry, asking for help, only to have
everything sent back to me, with no help And to this date, After
being punished for refusal to work, I am now in a level 3
facillity, going from a level 1 facility, with a seperated shoulder
in pain daily, with a loss of 191 days of good time, for being
hurt on the job And filing an appeal about it.

x _Ron Shf_
Ron Shaffer
1/20/08

1  I am asking for 400,000$ for damages.

4  I declare under penalty of perjury that the foregoing is true and correct.

6  Signed this **20th** day of **January**, 20**08**

(Plaintiff's signature)

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**  
CDC 602 (12/87)

Location: Institution/Parole Region: **CTF-S**  
Log No.: **07-04541**  
Category: **1-7**

2ND LEVEL

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Shaffer  
NUMBER: F00693  
ASSIGNMENT: ~~[crossed out]~~ C-Status  
UNIT/ROOM NUMBER: ~~[crossed out]~~ NOSB 30

A. Describe Problem: On 8-22-07 I was found guilty of CCR § 3040, Refusal to work Log No. VII-06-07-011, Dated 6-2-07. On 8-21-07 I was given written notice of the aforementioned RVR. A violation of Penal Code § 2932(c)(1) and 15 CCR §§ 3310-3326, Notice must be given within 15 days of discovery of information of the charge, To guarantee due process. If CDCR fails to provide notice in this time period, then no time credits may be lost as punishment for the offense. I lost 30 days and was given 40 hours extra duty.
next page →

If you need more space, attach one additional sheet.

B. Action Requested: I request that the finding be vacated, ~~a new hearing ordered~~, and loss of time be reversed because of lapse in time constraints, And this 115 Removed from my C-file.

Inmate/Parolee Signature: [signature]  
Date Submitted: 8-22-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

**BYPASS**

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL  
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____ Date Submitted: _____  
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: **07-04541**

[Stamps: RECEIVED NOV 27 2007 CTF APPEALS; RECEIVED NOV 9 2007 CTF APPEALS; RECEIVED NOV 9 2007 CTF APPEALS; RECEIVED AUG 28 2007 CTF APPEALS]

First Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: R. POPE FC. AFTER REVIEWING MEDICAL LAY-IN 128C DATED 8-2-07; PHYSICAL LIMITATIONS 128C DATED 8-15-07 ALL WHICH SEEM TO LIMIT MOTIONS AS DIRECTED BY WORK SUPERVISOR AS PER ~~GREG02~~ CDC115 DATED 8-2-07 AND LOG # VII-08-07-011 SPECIFIC ACT: REFUSED TO WORK IT APPEARS THIS RVR SHOULD BE ORDERED REISSUED AND REHEARD (ISSUED ON 4-7-07)

Staff Signature: _____ R POPE _____   Title: FC   Date Completed: 9-17-07
Division Head Approved:
Signature: _____   Title: _____   Returned Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Due to the evidence I have proved not only that I had a lay-in for that day as well as my denial of due process, This 115 should be removed with no further repercussions.

Signature: _____   Date Submitted: 11-15-07

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: NOV 27 2007   Due Date: JAN 10 2008
☐ See Attached Letter

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                                   Date: _____
CDC 602 (12/87)

SO-21
11-11-'7

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

DEC 12 2007

Category
1-10

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Shaffer
NUMBER: F00693
ASSIGNMENT: ~~CTK O/V SC02~~ C-STATUS
UNIT/ROOM NUMBER: ~~~~ N06B 350L

A. Describe Problem: On 8-27-07 @ about 19:30 hours, I was placed in a cage in the watch office, for 602ing Lt. Riveros decision on my 115. At this time C/O Ries came to my living area, searched, claimed to find tobacco in my locker & my mattress. He then proceeded to take all my property, legal material, mail, cosmetics, as well as my medication and state issue and held them till 8-29-07 @ 10:00 pm. He proceeded to search beds 76, 78 and 64 taking stuff from them. Telling them to blame it on Shaffer, deal with him first watch, it's his fault. I feel & I am being harrassed.... Continued next page

If you need more space, attach one additional sheet.

B. Action Requested: I am requesting this issue be looked into, and the retaliation and harrassment be stopped with no further actions against me, my program on south yard or my property

Inmate/Parolee Signature: _____   Date Submitted: 8-31-07

C. INFORMAL LEVEL (Date Received: 9-17-07)

Staff Response: Final copy of RVR recieved by inmate on 9-7-07 No CDC 115A issued with rights on it and witness' not addressed RX: Re-issue and rehear with an IE.

Staff Signature: _____ R. POPE J.C.   Date Returned to Inmate: 9-17-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Due to the amount of time taken and denial of due process as well as my appeal rights per 15 CCR § 3084.2(e), I feel that this RVR115 should be removed with no further repercussions. The dates clearly show my due process and appeal rights taken from me. Note 8-31-07 (orig date) and Recieved (11-9-07) appeal date

Signature: _____   Date Submitted: 11-15-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

RECEIVED NOV 27 2007 CTF APPEALS
RECEIVED NOV 16 CTF APPEALS
RECEIVED NOV 9 2007 CTF APPEALS

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days). Date assigned: _____ Due Date: _____

Interviewed by: R. POPE ___

YOUR RVR LOG # VII-08-07-055, FOR POSSESION OF TOBBACO IS BEING ORDERED REISSUED AND BEHEARD. THE S.H.O. THAT HEARS THIS RVR WILL HAVE THE AUTHORITY TO MAKE ANY APPROPRIATE DECISION EXCEPT INCREASE THE PENALTY LEVEL.

Staff Signature: _____ Title: LT       Date Completed: 12-10-07
Division Head Approved:
Signature: _____ Title: FC       Returned Date to Inmate: DEC 02-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

for using the appeal process. Attached is a 115 for possesion of Tobacco, which there is no evidence logged of. I have two witnesses to attest to the fact that none was found in my area, and I don't keep my locker locked, thus making it common area.

I also feel this retaliation stems from my arrival back from the hole on the alleged charge of battery on an Inmate.

Witnesses:
Sadoval - 5-76
Mason - 5-75 - paroled
Simmons - 5-41 - Moved to North
Davis - 5-64 - Moved to South Sap

Correctional Training Facility
Inmate Appeals Office

## MODIFICATION ORDER

December 24, 2007

**AW-S**                                             DUE DATE: **01/24/2008**

RE: SHAFFER, F00693, NOSBT3000000350L
    CTF-S-
    DISCIPLINARY

                                                      JAN 7 - 2008

REISSUE AND REHEAR RVR

Please be informed that as a result of a Level I Decision, the above referenced appeal has been . Please complete this modification order to comply with the decision.

**Your area shall reissue and rehear log #VII-08-07-055.**

_____          _12/26/07_____
W. Cohen, Chief Deputy Warden – North/South       Date
C. Noll, Chief Deputy Warden (A) – Central

The modification was completed in the following manner:

| 1-4-08 RVR # VII-08-07-055 was Reissued. |
|---|
|  |
|  |
|  |
|  |
|  |

(You must attach a copy of any documents proving compliance, such as CDC Form 128-G, Classification Chrono; CDC Form 128-C, Medical Chrono; CDC Form 115, Rules Violation Report, etc.)

Certified as completed by:

_____    __LT__       __CTF-S__
Name (Signed)                 Title         Location

_____    __1-4-08__
Name (Printed)                Date

R. POPE
1-4-08

RECEIVED BY

DEC 3 1 2007

SOUTH AW's OFFICE

Correctional Training Facility
Inmate Appeals Office

# MODIFICATION ORDER

December 24, 2007

AW-S                                          DUE DATE: 01/24/2008

RE: SHAFFER, F00693, NOSBT3000000350L
    CTF-S-07-04541
    DISCIPLINARY

JAN 7 - 2008

REISSUE AND REHEAR RVR

Please be informed that as a result of a Level I Decision, the above referenced appeal has been . Please complete this modification order to comply with the decision.

**Your area shall re-issue and rehear log #VII-08-07-011.**

_____        _12/26/07_
W. Cohen, Chief Deputy Warden – North/South      Date
C. Noll, Chief Deputy Warden (A) – Central

The modification was completed in the following manner:

| 1-4-08: RVR # VII-08-07-011 has Been Reissued. |

(You must attach a copy of any documents proving compliance, such as CDC Form 128-G, Classification Chrono; CDC Form 128-C, Medical Chrono; CDC Form 115, Rules Violation Report, etc.)

Certified as completed by:

_____        _LT_        _CTF-S_
Name (Signed)                    Title        Location

_____        _1-4-08_
Name (Printed)                   Date

RECEIVED BY
DEC 3 1 2007
SOUTH AW's OFFICE   R. Pope

1-4-08

**STATE COMPENSATION INSURANCE FUND**

IN REPLY REFER TO:

September 20, 2007

Ronald Shaffer, F-00693
P.O. Box 686
Soledad, CA 93960

Claim Number: 7F-05114944
Injured: Ronald Shaffer, F-00693
Date of Injury: July 19, 2007
Employer: Department of Corrections

## NOTICE REGARDING TEMPORARY DISABILITY BENEFITS

State Compensation Insurance Fund, the claims administrator for Department of Corrections, is handling your workers' compensation claim. This notice is to advise you of the status of temporary disability payments for your workers' compensation left upper arm (shoulder) injury of July 19, 2007.

The Department of Corrections has informed us of the industrial left upper arm(shoulder) injury you sustained on July 19, 2007. We are advising you that liability for this injury has been accepted. While there are no cash benefits due at the present time per Labor Code §3370(a)(3), you are entitled to medical treatment to cure or relieve the effects of the injury, which will be provided to you through your institution's medical unit. If you wish any further information about your benefits while you are incarcerated, you may call your facility's workers' compensation inmate coordinator.

You have up to one year after your release from the institution to request workers' compensation benefits by notifying State Compensation Insurance Fund and/or to file an Application for Adjudication of claim with the Workers' Compensation Appeals Board. The Information and Assistant Officer at the Workers' Compensation Appeals Board may further assist you. You can reach this office by calling (800) 736-7401. In order for workers' compensation benefits to continue, you must meet all the conditions of your parole or your benefits may be terminated. Because the Department of Corrections is legally uninsured, their representatives have access to your workers' compensation file including your address and phone number.

Sincerely

Benefit Section

jmc/8618

cc: Correctional Training Facility   P.O. Box 686   Soledad, CA 93960

## SALINAS VALLEY RADIOLOGISTS, INC.
A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL G. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
F. SCOTT PERELES, M.D.

**PATIENT NAME**
RONALD-F00693 SHAFFER

**ACCOUNT NO**
9461552

**RADIOLOGY NUMBER**
9456941

**AT THE REQUEST OF**
DONALD POMPAN MD
PO BOX 686
SOLEDAD, CA 93960

**DATE OF BIRTH**
04/24/1974

**AGE/SEX**
33/M

**DATE OF SERVICE**
10/10/2007

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

LEFT SHOULDER SERIES

FINDINGS/IMPRESSION: The clavicle is dislocated from the acromion process by about 2.5- 3.0 cm superiorly and there are several smoothly marginated bone fragments adjacent to it. No other abnormalities are seen.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/pa
10/17/07

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, RONALD SHAFFER                          , declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

    RONALD SHAFFER            , CDCR #: E-00693
    CORRECTIONAL TRAINING FACILITY
    P.O. BOX 689, CELL #: SBNO 350 L
    SOLEDAD, CA 93960-0689.

On 1/20/08                    , I served the attached:

COMPLAINT UNDER THE CIVIL RIGHTS ACT, APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER

CERTIFICATE OF FUNDS IN A PRISONERS ACCOUNT

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

    UNTIED STATES DISTRICT COURT OF CALIFORNIA

    NORTHERN DISTRICT ,SAN FRANCISCO

    U.S. COURTHOUSE

    450 Golden Gate ave

    San Francisco,Ca 94102-3483

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 1/20/08        .

                                          Ron Shaffer
                                          Declarant

Ron Shaffer F00693
CTF NOSB 350L
P.O. box 705
Soledad, Ca 93960

RECEIVED
FEB 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, Ca 94102

**LEGAL MAIL**