FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Ronald A. Shaffer

               Plaintiff,

vs.

Ben Curry, M.R. Ramos, R. Rios & Rivero

               Defendant.

CASE NO. CV 08 - 1130 CW (PR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

    I, Ronald A. Shaffer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Gossamer Steel, West Jordan UT.
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.  Business, Profession or                Yes ___  No X
10          self employment
11      b.  Income from stocks, bonds,             Yes ___  No X
12          or royalties?
13      c.  Rent payments?                         Yes ___  No X
14      d.  Pensions, annuities, or                Yes ___  No X
15          life insurance payments?
16      e.  Federal or State welfare payments,     Yes ___  No X
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                           Yes ___  No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

S. Shaffer, K. Shaffer, A. Shaffer, S. Shaffer    0$ (presently)

_____

5.   Do you own or are you buying a home?   Yes ___ No X

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes ___ No X

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account?   Yes ___ No X  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash?   Yes ___ No X  Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No X

_____

8.   What are your monthly expenses?

Rent: $ ____Ø____   Utilities: ____Ø____

Food: $ ____Ø____   Clothing: ____Ø____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| n/a | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do **not** include account numbers.)
3  ___None_____
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  _1-28-08_____         _____[signature]_____
17    DATE                   SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __SHAFFER  F00693__ for the last six months at

[prisoner name]

__CORRECTIONAL TRAINING FACILITY__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __1.82__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __.72¢__.

Dated: __2-7-08__          _Brenda Nation, Acct Technician_ (signature)

[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
Account Technician

-5-

```
REPORT ID: TS3030  .701                               REPORT DATE: 02/07/08
                                                      PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 08, 2007 THRU FEB. 07, 2008

ACCOUNT NUMBER : F00693                    BED/CELL NUMBER: NOSBT3000000350L
ACCOUNT NAME   : SHAFFER, RONALD ALLEN     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                             TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------- ---------- ---------  ---------- -----------   --------

09/08/2007   BEGINNING BALANCE                                                0.00

10/06*VD54 INMATE PAYROL 1114 P1                     10.94                   10.94
10/10 W471 DONATION-FAMI 1177 PHOTO                              4.00         6.94
10/23 FC04 DRAW-FAC 4    1314 SOUTH                              6.94         0.00


                         CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE      DESCRIPTION          COMMENT    HOLD AMOUNT
----------   ----   ---------------------  ----------  -----------

01/11/2008   H110   COPIES HOLD            2167 MCOPY         1.90
01/25/2008   H114   COPAY FEE, MED.        2369 05222         5.00
02/02/2008   H110   COPIES HOLD            2453 MCOPY         2.80


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/13/05                   CASE NUMBER: SWF006492
COUNTY CODE: RIV                           FINE AMOUNT: $    200.00

   DATE     TRANS.  DESCRIPTION                TRANS. AMT.    BALANCE
--------    ------  -----------------------    -----------   ---------

09/08/2007  BEGINNING BALANCE                                   182.13

10/06/07    VR54    RESTITUTION DEDUCTION-SUPPORT    12.15-     169.98

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL       CURRENT     HOLDS     TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
 ---------   --------   -----------   -------    -------    ------------
     0.00      10.94        10.94        0.00       9.70         0.00
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------------



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Datson
TRUST OFFICE
Acct Technician