Richard Wieking,

RECEIVED
FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear sir,

I am writing to inform you, that My Case # CV08-1130 CW has gone to ECF, well, I am in prison, and representing myself, I have no way to get to a computer, let alone one with access to the Internet. I would like to have leave of this action. There is no fairness in this for me because of the limited access I have.

Can you give me the necessary information to proceed with this case, by paper, and not by computer since for the next two years I will not be able to access a computer. What do I do Now? Plus can you send me a copy of my full complaint. Thank you.

Sincerely

[signature]

Ron Shaffer F00693
CTF NOSB 350²
P.O. box 705
Soledad, Ca 93960-0705

R Shaffer F00693
CDF N05B-350L
P.O. box 705
Soledad, Ca 93960-0705

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate avenue
San Francisco, Ca 94102

Legal Mail