FILED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the clerk,

This is a letter to inform you of my new address. My Case # is CV08-01130CW
My new address is as follows:

Ronald Shaffer F00693
CTF NOSA-334L
P.O. box 705
Soledad Ca 93960

Thank you