**DECLARATION OF SERVICE BY MAIL**

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NAME: Shaffer v. Curry et. al.

CASE NO.: CV08-01130 CW

I, Ronald Shaffer, declare that I am over the age of eighteen (18) years; ~~I am~~/am not a party to the attached action; I served the attached document entitled: Motion for discovery + address change

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

Clerk of U.S. District Court
for Northern Calf.
450 Golden Gate ave
Box 36060
San Francisco, Ca 94102

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this _____ day of 4/3/08, in Soledad, CA.

_____
Declarant