UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RONALD SHAFFER,

    PLAINTIFF,

VS.

BEN CURRY, et al.,

    DEFENDANTS,

CASE NO. CV08-01130CW

    The plaintiff, RONALD SHAFFER, requests to know the current status of the ABOVE CASE. the plaintiff also pleads to the court to give him the information about who is representing the defendants. I am also requesting the court allow the plaintiff an injuction to stop all transfers to the plaintiff because of medical concerns. The plaintiff has a seperated shoulder which has gone untreated, except for pain medication for 9 months. I HAVE been told I meet the requirements for "out of state" transfer, I beleive it would not only hamper my court actions, but also the medical attention I require. It would beenice if the court would help me to receive treatment so i no longer suffer in pain. To prove negligence of medical treatment was why I filed this case and also to have the court award damages for the blatant civil rights violation. I must also bring up the fact that for every motion I file I am "harrassed" and "punished" by one of the defendants I need the court to intervene, because even with my "appeal" process my rights are still being violated. Is there an injunction i can file to stop my distress? Thank you.

DATE: april 9, 2008

RESPECTFULLY SUBMITTED,

*[signature]*

RONALD SHAFFER F-00693

1. I may also need help with service of all motions and forms
2. to the defendants invovled.I was told how to do this by
3. staff members here but i cannot be sure that using the mail
4. to serve these individuals is reaching the individuals
5. named.I need the necessary forms to have the+⌀+⌀+ U.S.
6. MARSHALL serve the defendants at their places of employment.
7. i need help to do this,can the court send me the necessary
8. resources to accomplish this task?thank you.Also how do
9. I check the fact that the parties have been served?iI am an
10. inmate,my resources all are limited.

*[signature]*
4/9/08

RECEIVED

08 APR 11 PM 2:55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF SERVICE BY MAIL**
(28 U.S.C. section 1746)

1. I, _Donald Shaffer_, declare: That I am a resident of the Correctional Training Facility in Soledad, California; I am over the age of eighteen (18) years; (I am) / am not a party to the attached action; My address is P.O. Box 705, _NOSA 334_, CTF - North Facility, Soledad, CA 93960-0705; I served the attached document entitled:

   _misc papers_

2. on the (persons/parties) specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

   _Clerk of U.S. District Court_
   _Northern District_
   _450 Golden Gate Ave_
   _Box 36060_
   _San Francisco, Ca 94102_

   There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct, and I executed this service this _9th_ day of _April_, _2008_, at the Correctional Training Facility in Soledad, CA.

   _____
   Declarant

R. Shaffer F06493
CTF-NDSA334L
P.O. Box 705
Soledad Ca 93960

Legal Mail

Clerk of U.S. District Court
Northern District
450 Golden Gate Ave
Box 36060
San Francisco Ca 94102



UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004229613
$00.58⁰
APR 10 2008
MAILED FROM ZIPCODE 93960