```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3   RONALD SHAFFER    )         CASE NO. CV08-01130CW
           PLAINTIFF, ))
4   V.                )         MOTION FOR THE APPOINTMENT OF COUNSEL
                      )
5   BEN CURRY,et al.,)
                      )
6        defendants   )
                      )
7   _____ )
                      )
8
9    Plaintiff RONALD SHAFFER,pursuant to S.1915,requests this court to
10  appoint cousel to represent him in this case for the following reasons;
11  1)The plaintiff is unable to afford counsel,
12  2)The issues involved in this case are complex,
13  3)The plaintiff,on C-status and lockdown,has extremly limited access to the
14  library,
15  4)The plaintiff has a limited knowledge of the law.
16
17
18  DATE: 5/15/08                              RONALD SHAFFER
19
20
21
22  RONALD SHAFFER F-00693
23  C.T.F NOSA334L
24  p.o.box 705
25  SOLEDAD,CA    93960
26
27
28
```

FILED

Stamp: RICHARD W. [WIEKING], CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Ron Oiviero T66043
CTF No. SA 334L
P.O. Box 705
Soledad, Ca 93960

Legal Mail

Clerk of U.S. District Court for
Northern California
450 Golden Gate ave
Box 36060
San Francisco, Ca 94102

Legal Mail

UNITED STATES POSTAGE
$00.92⁰
PITNEY BOWES
02 1M
0004229613   APR 16 2008
MAILED FROM ZIPCODE 93960