FILED
08 APR 25 PM 1:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD A. SHAFFER )
      Plaintiff, )
vs. )
BEN CURRY, et al., )
      defendants, )

CASE NO. CV08-01130CW

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLAINTIFF, RONALD SHAFFER, pursuant to rules 15(a)&19(a)Fed.R.Civ.P., requests leave to file an amended complaint adding more violations and changes to relief.

1) The plaintiff has since the filing date been denied medical attention & requests the court to grant an INJUNCTION ORDERING adequate medical attention and allow the plaintiff to raise compensatory and punitive award amounts.

2) THIS COURT should grant leave freely, to amend a complaint, FORMAN V. DAVIS, 371 U.S. 178, 182, 83 S.Ct. 227(1962) Interroyal v. Sponseller, 889 F.2d 108, 112 (6th Cir), Cert. denied, 494 U.S. 1091(1990)

DATE 4/23/08

RESPECTFULLY SUBMITTED,

RONALD SHAFFER F-00693
C.T.F. NOSA 3341
P.O. BOX 705
soledad ca 93960

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD A. SHAFFER )
    Plaintiff, )
vs. )
BEN CURRY, et al., )
    defendants, )

CASE NO. CV08-01130CW

AMENDED COMPLAINT

RELIEF

A) Whereas the actions of all the defendants to deny the plaintiff DUE PROCESS, MEDICAL attention, & deny him access to his personal and legal property, with punishment for his injuries, these acts done maliciously & sadistically are constituted cruel & unusual punishment in violation of the eigth amendment of the U.S. CONSTITUTION.

B) ISSUE AN INJUCTION ORDERING CORRECTIONAL TRAINING FACILITY TO:

1) Expunge the disciplanary convictions from the plaintiffs C-file,

2) IMMEDIATLY arrange for the plaintiffs medical treatment to cure & releive his injury.

C) AWARD COMPESATORY DAMAGES IN THE FOLLOWING AMOUNTS:

1) 1,000,000 jointly & severally against all defendants for the physical and emotional injuries sustained as a direct order to hurt himself.

2) $30,000, jointly and severally agianst J.RIVERO, R.RIES, & M.R.RAMOS, for the punishment & emotional injury resulting in their denil of due process in connection with the plaintiff's disciplinary proceeding.

3) $85,000, jointly and severally against B.CURRY AND M.R.RAMOS for the physicall and emotional injury resulting from the ongoing failure to provide adequate medical care to the plaintiff.

D) AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

1) $50,000 each against all defendants,

1  2)$25,000 against J.RIVERO,R.RIES,& M.R.RAMOS,

2  3)$35,000 against B.CURRY,AND M.R.RAMOS.

3  E) GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED.

5  DATE 4/23/08                          RESPECTFULLY SUBMITTED,

6                                         RONALD SHAFFER

9  RONALD A. SHAFFER F-00693

10 C.T.F. NOSA 334L

11 P.O.BOX 705

12  SOLEDAD,CA    93960

## DECLARATION OF SERVICE BY MAIL

CASE NAME: _Shaffer v. Ben Curry et al;_

CASE NO.: _CV08-01130 CW_

I, _Ronald Shaffer_, declare that I am over the age of eighteen (18) years; (I am) am not a party to the attached action; I served the attached document entitled: _Motion to leave to file amended Complaint, Misc Paperwork, U.S 42; 1983_

on the (persons) parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

_Clerk of U.S District Court_
_for Northern Calf._
_450 Golden Gate ave_
_Box 36060_
_San Francisco, Ca 94102_

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this _____ day of _4/23/08_, in Soledad, CA.

_____
Declarant

CTF ND54 3346
P.O. Box 705
Soledad, Ca. 93960

Legal Mail

Clerk of U.S. District Court for
Northern California
450 Golden Gate ave
Box 36060
San Francisco, California

Legal mail



UNITED STATES POSTAGE
02 1M
0004229613
$ 00.90⁰
APR 24 2008
MAILED FROM ZIP CODE 93960
PITNEY BOWES