**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD A SHAFFER,

      Plaintiff,

  v.

BEN CURRY,

      Defendants.

                                /

No. C 08-01130 CW (PR)

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT

    In this pro se civil rights action, Plaintiff has filed a
motion for leave to file an amended complaint.

    A plaintiff may amend his complaint once as a matter of course
at any time before a responsive pleading is served. See Fed. R.
Civ. P. 15(a).  Where a plaintiff seeks to amend after a responsive
pleading has already been served, however, the decision whether to
grant leave to amend is committed to the sound discretion of the
trial court.  Waits v. Weller, 653 F.2d 1288, 1290 (9th Cir. 1981).
Federal Rule of Civil Procedure 15(a) is to be applied liberally in
favor of amendments and, in general, leave shall be freely given
when justice so requires.  Janicki Logging Co. v. Mateer, 42 F.3d
561, 566 (9th Cir. 1994).

**United States District Court**
For the Northern District of California

1    The Court notes that the defendants in this action have not

2    been served at this time.  Plaintiff may as a matter of course

3    amend his complaint because a responsive pleading has not yet been

4    served.  See Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff's

5    motion for leave to file an amended complaint is GRANTED.

6    The Clerk of the Court is directed to file the document

7    attached to Plaintiff's motion, which is labeled "Complaint Under

8    the Civil Rights Act, 42 U.S.C. §§ 1983," and docket the

9    aforementioned document as Plaintiff's "Amended Complaint."  The

10   Clerk of Court is further directed to mark the Amended Complaint as

11   filed on April 25, 2008, the date it was received by the Court.

12   The Court will review Plaintiff's Amended Complaint in a separate

13   written order.

14   This Order terminates Docket no. 12.

15   IT IS SO ORDERED.

16

17   Dated:  5/2/08                     _____
                                        CLAUDIA WILKEN
18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3
     RONALD A SHAFFER,
4                                                    Case Number: CV08-01130 CW
              Plaintiff,
5                                            **CERTIFICATE OF SERVICE**
       v.
6
     BEN CURRY et al,
7
              Defendant.
8    _____/

9
     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

11   That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
     in the Clerk's office.

13

14

15   Ronald A. Shaffer F-00693
     Correctional Training Facility
16   NOSA - 334L
     P.O. Box 705
17   Soledad,  CA 93960-0705

18   Dated: May 2, 2008

                                             Richard W. Wieking, Clerk
19                                           By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

3