TO: Clerk of the Court
RE: Case # 08CV-01130CW

FILED 1-4-08

To whom it may concern. Can I get an up to date Civil Docket for my case. I would like to know the status of my 'Pitchess' Motion. I am concerned about me asking the court to order an injuction to order Medical treatment. Thank you

                                    Plaintiff

Ron Shaffer F00693
CTF N054-334L
P.O. box 705
Soledad, Ca 93960

Legal Mail

R. Shaffer F00693
CTF NDSA 334L
P.O. box 705
Soledad, Ca 93960

Clerk of the U.S. District Court
for Northern California
450 Golden Gate ave
Box 36060
San Francisco, Ca 94102
94102+34732

Legal Mail