UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD A. SHAFFER            )          CASE NO. CV08-01130CW
    Plaintiff,           )
                         )
vs.                          )
                         )
BEN CURRY, et al.,           )
    defendants,          )
                         )

I AM WRITTING THIS LETTER TO INQUIRE ABOUT THIS COURTS PROCEEDURE OF SENDING LEGAL MAIL TO PRISONERS. I HAVE RECEIVED CORRESPONDANCE THAT WAS OPENED PRIOR TO MY RECEIVING AND OPENING, SO I NEED TO ASK THE COURT TO EXPLAIN THE PROCEEDURE IT FOLLOWS WHEN SENDING INMATE CORRESPONDANCE, MY DOCUMENTS ARE SUPPOST TO BE CONFIDENTIAL AND OPENED BY ME, BUT I SUSPECT THE DEFENDANTS IN THIS CASE ARE HAVING MY LEGAL MAIL OPENED AND INSPECTED, RESEALED BY TAPING THE FLAP SHUT, THEN BRINGING IT TO ME. DOES THIS COURT SEAL THE ENVELOPE THEN TAPE THE FLAP SHUT? PLEASE GET ME THE RULES OF COURT FOR THIS PROCEEDURE.

May 9 2008

THANK YOU,

RONALD SHAFFER
PLAINTIFF.



R. Shaffer F00693
CTF NoSA 334
P.O. box 705
Soledad, Ca 93960

Office of The Clerk, U.S. District Court
Northern Dist. of Calif.
1301 Clay ST. Suite 400S
Oakland, Ca 94612-5212

Legal Mail