RECEIVED

08 MAY 29 PM 2: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. SHAFFER ) | CASE NO. CV08-01130CW |
| Plaintiff, ) | |
| vs. ) | |
| BEN CURRY, et al., ) | |
| defendants, ) | |

TO: CLERK of the COURT,

THIS is a letter to inquire the status of my case. I am also requesting the court send me a copy of my cases civil docket. I wanted to know the status of my 'discovery' motion, as well as the status of my amended complaint. I am also requesting that the court send me a copy of the rules of court for this district. If you can please send the civil docket to me as soon as possible thank you.

RESPECTFULLY SUBMITTED,

RONALD SHAFFER F-00693

CTF NOSA 334L

PO BOX 705

SOLEDAD, CA 93960



R. Shaffer F66693
CTF N6Sa 334L
P.O. box 705
Soledad, Ca 93960

Clerk of U.S. District Court for N. Calf.

450 Golden Gate ave
Box 36060
San Francisco, Ca 94102

94102+3651 0004

UNITED STATES POSTAGE
$ 00.59°
MAY 28 2008
0004229613
02 1M
MAILED FROM ZIP CODE 93960

RECEIVED
08 MAY 29 PM 2:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal
Mail