FILED
08 MAY 29 PM 2:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD A. SHAFFER

    Plaintiff,

vs.

BEN CURRY, et al.,

    defendants,

CASE NO. CV08-01130CW

DECLARATION IN SUPPORT OF MOTION FOR A T.R.O. & PRELIMINARY INJUNCTION

RONALD SHAFFER declares under penalty of perjury,

1) I am the plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order & preliminary injuction to ensure that I receive medical care.

2) As set forth in the complaint in this case, I was ordered to do work that caused injury to my person. Then I was punished & my medical needs ignored.

3) C.T.F. medical has determined my seperated shoulder needs no care.

4) The state compensation insurance fund has accepted liability for my injury, granting the necessary care to cure my injury.

5) Contrary to Dr. POMPAN's evaluation, I suffer in pain daily.

6) My left shoulder is painful. I cannot use that arm normally, my shoulder does not have full range of movement and has atrophied and there is a two inch piece of bone protruding from my skin.

7) I am suffering irrepairable harm from lack of medical care.

8) Defendant Ben Curry is C.T.F.'s warden, CEO, & is responsible for all the prisons functions, employees, & inmates.

9) For the foregoing reasons, set forth in the memorandum of law

1  filed with this motion, the plaintiff is entitled to a T.R.O.
2  that requires the defendants to arrange for proper, adaquate
3  medical care, and plan of treatment.
4  10)For the foregoing reasons, the court should grant the plaintiffs
5  motion in all respects.

7  PURSUANT TO U.S.C. section1746, I declare under penalty
8  of perjury that to my knowledge the foregoing is true and correct.

_____
plaintiff

14  RONALD SHAFFER F-00693
15  C.T.F. NOSA 334L
    P.O. box 705
16  soledad ca 93960

18  DATE 5/23/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD A. SHAFFER )
           Plaintiff, )
vs. )
BEN CURRY, et al., )
           defendants, )

CASE NO. CV08-01130CW
MEMORANDUM of LAW in SUPPORT of
MOTION for a T.R.O. &PRELIMINARY INJUNCTION

statement of facts

this is an civil rights action brought under 42 u.s.c. section 1983 by a state prisoner, whose shoulder was seperated while working on an outside gate crew. Who was punished & denied medical care after his injury. The plaintiff seeks a TRO & PRELIMINARY INJUNCTION to ensure that he receives proper medical care.

statement of facts

As stated in the declaration submitted with this motion, the plaintiff was ordered to hurt himself, Was denied medical care,& punished for filing for workers compensation. Liability for this injury has been established. The defendandts have not provided him with proper care, leaving his injury unattended for ten months The plaintiff is experiencing continued pain, stiffness, limited motion, &muscle atrophy.

ARGUEMENT

The plaintiff is entitled to a TRO. In determining whether a party is entitled to a TRO &prelim. injunction, courts usually consider many factors, whether the party will suffer irrepairable harm, the 'balance of hardships', the liklihood of success on merits,

1  and the public intrest.Each of these factors favors the grant
2  of this motion.
3  A)The plaintiff is threatened with irrepairable harm.The plaintiff
4  alleges that he has been denied care for a serious medical need
5  contrary to a physicians instruction.Such conduct by prison officials
6  is a clear violation of th 8th amendment.ESTELLE V.GAMBLE,429,US
7  97,105,97 S.Ct.285(1976)(noting that "intentionally interfering"
8  with treatment once prescribed" is a form of deliberate indifference
9  In addition,the plaintiff is threatened with irrepairabel harm
10 because of the nature of his injury,without proper treatment he
11 may never have full use of his left shoulder.
12 B.The balance of hardship favors the plaintiff
13 In this case,the present suffering of the plaintiff,and threat
14 of permanent disability,is enormous.The suffering the defendants
15 will experience will consist of taking the plaintiff to a suitable
16 doctor,& then carrying out the doctors orders,something the defendan
17 ts do,and are obligated to do,for members ofthe prison population,
18 the defendants hardships amount to business as usual.
19 C.The relief sought will serve the public interest
20 In this case,the grant of relief will serve the public interest
21 because it is always in the public interest for prison officials
22 to obey the law.DURANV.ANAYA,642 F.Supp.510,527(D.N.M.1986)(
23 respect for the law by officials of the correctional system,is in
24 itself a matter of the highest public interest.).
25              POINT II
26 The plaintiff should not be required to post security
27 Usually a litigant who obtains interim injunctive relief is asked
28 to post security.RULE 65(c),FED,R,Civ.P.However,the plaintiff is

1 an indigent prisoner& unable to post security.The court has dis
2 cretion to excuse an impovershed litigantfrom posting security.
3 Orentes-Hernandez v.Smith,541 F.SUPP.351,385 n.30(C.D.CAL1982)
4 In veiw of the serios medical danger confronting the plaintiff
5 the court should grant the relief requested without the posting
6 of security.

8       FORE THE FOREGOING REASONS,THE COURT SHOULD GRANT
9 THE MOTION IN IT"S ENTIRETY,

11 DATE 5/23/08

12 /plaintiff/

15 RONALD SHAFFER F 00693
16 CTF NOSA 334 L
17 po box 705
18 SOLEDAD CA 93960

RECEIVED

08 MAY 29 PM 2:13

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RONALD A. SHAFFER | CASE NO. CV08-01130CW |
| Plaintiff, | ORDER TO SHOW CAUSE & TEMPORARY |
| vs. | RESTRAINING ORDER & PRELIMINARY |
| BEN CURRY, et al., | INJUNCTION. |
| defendants, |  |

UPON the supporting declaration of the plaintiff and the accompanting memorandom of law, it is

ORDERED that defendants BEN CURRY, J.RIVERO, M.R.RAMOS, & R.RIES, SHOW CAUSE IN ROOM_____ of the UNITED STATES COURTHOUSE, 450 Golden Gate ave, SAN FRANCISCO, on the___day of_____, 2008, at_____o'clock, why a preliminary injunction should not issue pursuant to RULE 65(a), Fed.R.Civ.P., enjoining the said defendants, their successors in office, agents & employees, & all others acting in concern and participation with them, to provide a medically appropriate course of medical treatment and course of physical therapy to the plaintiff to restore and maintain the full function of his left shoulder.

It is further ordered that efefective immediatly, and pending the hearing and determination of this order to show cause, the aforementioned defendants SHALL arrange for the plaintiff to be examined by a qualified orthopedic specialist and to obtain from that specialist an evaluation of the condition of the plaintiffs left shoulder and prescription for medication to relieve pain, medical treatment, and physical therapy that will restore and

1  maintain the full function of his left shoulder.
2  ITis further ORDERED that this order to show cause,and all other
3  papers attached to this application,SHALL be served on the
4  defendant BEN CURRY,C.T.F. prison,his place of employment,by
5  _____,2008,and the UNITED STATES MARSALL SERVICE
6  is hereby directed to effectuate such service.
7
8  DATED_____                    _____
9                                        U.S. DISTRICT JUDGE

DECLARATION OF SERVICE BY MAIL

CASE NAME: Shaffer v. Ben Curry et al,

CASE NO.: CV08-01130CW

I, Ronald Shaffer, declare that I am over the age of eighteen (18) years; (I am) am not a party to the attached action; I served the attached document entitled: Motion for TRO, Prelim. Inj. Memorandum of Law, Order to show Cause

on the (persons)/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

Clerk of U.S. District Court
Northern District of Calif.
450 Golden Gate ave
Box 36060
S.F. Ca 94102

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 23rd day of May 2008 in Soledad, CA.

Declarant

