To: the clerk of the US district Court,
RE: Case # CV08-01130CW

RECEIVED 6-18-08
JUN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am currently housed at the Robert Presley detention Center in Riverside, Ca. I will be housed here until, no later than July 17th 2008, I am currently out-to-court, for a misdemeanor warrant.

I would appreciate all correspondance for this case to come to the address below. Is it possible to get a Current Civil docket for my case? Thankyou. Can I also get a minute order?

Respectfully Submitted

Ron Shaffer
plaintiff

New address.
Ronald Shaffer # 200826517
Cell 5A22
P.O. box 710
Riverside, Ca 92502



Onald Shafer #20686517
5A22
PO box 710
Riverside, Ca 92502

Clerk of the U.S District Court
450 Golden Gate Ave
Box 36060
San Francisco, Ca 94102

94102+3432

SAN BERNARDINO CA 924
20 JUN 2008 PM 5 L

USA 42