To the Clerk of the Court,

Re: Case # CV08-01130 CW

This letter is to inform you of my new temporary address. I am awaiting transportation from CDCR, to my institution, CTF-Soledad. I am not sure the length of my stay here at CIM, and will keep the court informed of my movement. Correspondence should be addressed to the address below, until further notice. Thank you

Respectfully Submitted,

Ronald Shaffer
Plaintiff, pro se.

address:
Ron shaffer F00693
Madrone hall #317
P.O. box 500
Chino, Ca 91708

USA FIRST-CLASS FOREVER

Ron Shaffer F00693
Madrone Hall #317
P.O. Box 500
Chino, Ca 91708

Clerk of the Court  U.S. District Court
Northern District of Calf.
450 Golden Gate ave
Box 36060
San Francisco, Ca 94102
94102-3661 C004