To The Clerk of The Court;
RE: Case # 4:08-CV-01130-CW
Case name: Shaffer v Ben Curry et.al.

7-23-08

This is To inform the court that I am Now back at my original address, and, if the court needs to get ahold of me they can do so at the address below. Thank you.

Respectfully Submitted,

Ron Shaffer.
Plaintiff.

New address:
Ronald Shaffer F00693
CTF-NOSA 334L
P.O. box 705
Soledad, Ca 93960

RECEIVED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

R Shaffer Fields  
CDF. NO54 334  
P.O. box 705  
Soledad, Ca. 93960

Clerk of U.S. District Court  
for Northern Cal.F.  
450 Golden Gate ave  
Box 36060  
San Francisco, Ca. 94102






STATE PRISON
CORRECTIONAL
TRAINING FACILITY
SOLEDAD CA 93960